KRISTA M. CABRERA, CA Bar No. 190595
    kcabrera@foley.com
KEVIN JACKSON, CA Bar No. 278169
    kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE:  858.847.6700
FACSIMILE:   858.792.6773

Attorneys for Defendant SELECT
REHABILITATION, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NIKOLAY NISIMOV, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>SELECT REHABILITATION, LLC, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 2:21-cv-02490<br><br>**DECLARATION OF KRISTA M. CABRERA IN SUPPORT OF DEFENDANT SELECT REHABILITATION, LLC'S NOTICE OF REMOVAL OF ACTION 28 U.S.C. § 1332 (DIVERSITY JURISDICTION)**<br><br>FILED CONCURRENTLY WITH:<br><br>  i.   NOTICE OF REMOVAL;<br>  ii.  DECLARATION OF TERRY KLONOWSKI ;<br>  iii. CIVIL COVER SHEET;<br>  iv.  DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES; AND<br>  v.   PROOF OF SERVICE |

Case No. 2:21-cv-02490

## DECLARATION OF KRISTA M. CABRERA

I, Krista M. Cabrera, declare as follows:

1.      I am a partner at Foley & Lardner LLP, counsel of record for Defendant Select Rehabilitation, LLC ("Select") in the above-captioned action.  I am admitted to practice in the United States District Court for the Central District of California.  I have personal knowledge of each of the facts set forth below, and if called to testify, could and would testify competently thereto.

2.      Plaintiff Nikolay Nisimov ("Plaintiff") personally served Select with the Complaint on or about February 19, 2021.

3.      A true and correct copy of the Complaint, and all other process and pleadings filed with the Los Angeles Superior Court, Case No. 21STCV05917 are attached hereto as **Exhibit A.**

4.      A true and correct copy of the docket in the Superior Court of California, County of Los Angeles is attached hereto as **Exhibit B.**

5.      Select is filing with the Clerk of the Los Angeles Superior Court, in which this action is currently pending, a Notice of Filing Notice of Removal, together with this Notice of Removal and supporting documents, pursuant to 28 U.S.C. § 1446(d).  The Notice of Filing Notice of Removal together with this Notice of Removal are also being served on Plaintiff pursuant to 28 U.S.C. § 1446(d).

6.      Select provided me with Plaintiff's personnel file which shows that Plaintiff was earning an hourly wage of $40.00 and worked an average of 118.75 hours per month prior to the time of his termination; accordingly, I calculated that Plaintiff's average monthly pay was approximately $4,750.  Based on his average monthly pay at the time of his termination, I calculated Plaintiff's claim for lost wages from the date of his termination of employment with Select on October 12, 2020 to the present and arrived at a total of approximately $23,750 ($4,750 x 5 months).  Using the same monthly rate, I also calculated an estimate of Plaintiff's claim for lost wages from the date of his termination through trial, using a reasonable estimate that trial will be sometime in March

4846-6522-1600.1

2022.  I arrived at a total of $80,750 ($4,750 x 12 months).  Finally, I calculated an estimate of what Plaintiff's claim for future wages would be, applying a conservative estimate of twenty-four (24) months of additional future employment, and arrived at a total of $114,000 ($4,750 x 24 months).  Plaintiff's total claim for lost wages at the time of trial and future wages, exclusive of any interest penalties and attorney's fees, therefore amounts to approximately $194,750 ($80,750 + $114,000).   Additionally, Plaintiff seeks damages for Select's alleged failure to provide him with a copy of his payroll records pursuant to Labor Code §226, which carries a $750 penalty.  I also calculated an estimate of Plaintiff's claim for punitive damages, using a conservative 2:1 ratio, based on his claim for lost and future wages and failure to provide payroll records alone, which amounts to approximately $391,000.00 ($195,500.00 x 2).

7.    In addition, a reasonable estimate of attorneys' fees, at a rate of 12.5% of the total of Plaintiff's potential damages for lost and future wages and failure to provide payroll records, which amounts to approximately $23,437.

8.    I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on March 22, 2021, at San Diego, California.


/s/ Krista M. Cabrera
Krista M. Cabrera